United States District Court
Southern District of Texas
ENTERED

JAN - 3 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. B-06-1049-02 |
| REY RAMON GONZALEZ | § | |

## OPINION & ORDER

BE IT REMEMBERED that on January __, 2007 the Court **GRANTED** Defendant's Motion to Continue Jury Selection. Dkt. No. 38.

Jury selection in this case is currently set for January 8, 2007. Dkt. No. 22. Defendant's counsel, Oscar Alvarez, is scheduled to appear in Federal court, in the Northern District of Atlanta, on that same date. Dkt. No. 38. Therefore, if Defendant is to have continuity of counsel, the jury selection in this case must be continued. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). Thus, the date for jury selection will be moved, with the precise date to be determined at the final pretrial conference.

Based on the foregoing, the Court **GRANTS** Defendant's Motion to Continue Jury Selection. Dkt. No. 38.

DONE at Brownsville, Texas, this __ day of January, 2007.

Hilda G. Tagle
United States District Judge