IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 5 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. B-06-1049-02 |
| | § | |
| REY RAMON GONZALEZ | § | |

## OPINION & ORDER

BE IT REMEMBERED that on January 5, 2007 the Court **DISMISSED** as moot Defendant's Motion to Suppress Oral and Written Statements. Dkt. No. 35.

Defendant Rey Ramon Gonzalez has plead guilty in this case. Therefore, the Court **DISMISSES** this pending motion as moot.

DONE at Brownsville, Texas, this 5 day of January, 2007.

Hilda G. Tagle
United States District Judge